UNITED STATES of America,
Plaintiff–Appellee

v.

Evaristo SALINAS–MELENDEZ, also known as Evaristo Salinas, also known as Evaristo Salinas, Jr., Defendant–Appellant.

No. 10–51056
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Evaristo Salinas–Melendez presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera*, 523 F.3d 554, 562–63 (5th Cir.2008), which held that the disparity in sentences that occurs because some defendants can participate in a fast-track program while others cannot is not "unwarranted" within the meaning of 18 U.S.C. § 3553(a)(6). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.